**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1927**

———————

MICHAEL K. BROWN,

Plaintiff - Appellant,

versus

WILLIAM J. HENDERSON, Postmaster General;
BENITA HUNT; ALICE ROLLS; SALLY CANTENBURY;
LAMONT JOHNSON; CLAUDIA PLEASANT; MS. BILLS;
DORIS BREWTON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-99-1653-AW)

———————

Submitted: November 30, 2000        Decided: December 7, 2000

———————

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael K. Brown, Appellant Pro Se. Tawana Elaine Davis, OFFICE OF
THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Michael K. Brown appeals the district court's order granting summary judgment in favor of Defendants in Brown's civil action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Brown v. Henderson, No. CA-99-1653-AW (D. Md. Feb. 10, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on February 9, 2000, the district court's records show that it was entered on the docket sheet on February 10, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).